IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10422
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

ANTONIO MIRANDA,

                                        Defendant-Appellant.
_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 3:94-CR-437-P
_____

March 13, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Antonio Miranda appeals his sentence in a conviction for possession of heroin with intent to distribute.  He argues that the district court erred in declining to reduce his offense level by three levels for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b)(2).  We have reviewed the record and find no reversible error.  The finding of the district court that Miranda did not timely notify the government of his intent to plead guilty is not clearly erroneous.  See United States v. Tello, 9 F.3d 1119, 1122 (5th Cir. 1993).

                                        A F F I R M E D.

_____

        [*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.